HERBERT R. JOHNSTON, JR., Respondent, v STATE BOARD OF ELECTIONS et al., Appellants, and ERIE COUNTY BOARD OF ELECTIONS et al., Respondents.—Appeal unanimously dismissed, without costs, as moot. Memorandum: Dismissing as moot, we take no position on the propriety of the judgment appealed from. (Appeal from judgment of Erie Supreme Court—art 78.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID P. GAYHART, Appellant.—Appeal unanimously dismissed upon stipulation. (Appeal from judgment of Monroe Supreme Court—attempted sexual abuse, first degree.) Present—Hancock Jr., J. P.; Schnepp, Callahan, Doerr and Moule, JJ.

BARBARA C. FONTANA, Respondent, v LAWRENCE FONTANA, Appellant.—Order unanimously reversed, without costs, motion granted and complaint dismissed. Memorandum: On May 5, 1980 plaintiff commenced an action for divorce against defendant on the ground of cruel and inhuman treatment. Plaintiff had previously brought a divorce action on the same ground in which, after coming to trial on March 12, 1980, the complaint was dismissed with prejudice and on the merits. The judgment dismissing plaintiff's first action is *res judicata* and bars litigation of issues which were or could have been raised in the first action (see *Schuylkill Fuel Corp. v Nieberg Realty Corp.*, 250 NY 304; *Jorgensen v Jorgensen*, 76 AD2d 828). (Appeal from order of Monroe Supreme Court —summary judgment.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Moule, JJ.

In the Matter of the Application of HARRY L. BROWN.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ.

In the Matter of Application of MICHAEL J. PROSPERO.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ.

In the Matter of the Application of PHILIP WEINFELD.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Cardamone, J. P., Simons, Hancock, Jr., Schnepp and Witmer, JJ.

In the Matter of CHARLES J. ENGEL, SR., an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present— Dillon, P. J., Schnepp, Callahan, Doerr and Witmer, JJ.